Alamo Premier Mortgage Group, LIC# 75999, NMLS# 317705 | Originator: A J Allee

Government Exhibit 13

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

*James Gandy* — Borrower    X *Corinne Gandy* — Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

Mortgage Applied for: ☐ VA  ☑ Conventional  ☐ Other (explain):
☐ FHA  ☐ USDA/Rural Housing Service

Agency Case Number:
Lender Case Number:

| Amount | Interest Rate | No. of Months | Amortization Type: |
|---|---|---|---|
| $ 1,000,000 | 5.000 % | 360/360 | ☑ Fixed Rate  ☐ Other (explain): ☐ GPM  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP): 108 Larry Lee Driver, Kerrville, TX 78028  County: Kerr
No. of Units: 1
Year Built: 2005

Legal Description of Subject Property (attach description if necessary):

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain):
☑ Refinance  ☐ Construction-Permanent

Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made ☐ to be made |
|---|---|---|---|---|---|
| 2006 | $ 1,400,000 | $ | Cash-Out/Other | Cost: $ | |

Title will be held in what Name(s): James Gandy, Corinne Gandy
Manner in which Title will be held: Joint Tenants
Estate will be held in: ☑ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain):

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | James Gandy | |
| Social Security Number | -4333 | |
| Home Phone | 210-9727 | |
| DOB | 1955 | |
| Yrs. School | | |
| Marital Status | ☑ Married  ☐ Unmarried  ☐ Separated | ☐ Married  ☐ Unmarried  ☐ Separated |
| Dependents (not listed by Co-Borrower/Borrower) | No. Ages | No. Ages |
| Present Address | 108 Larry Lee Driver, Kerrville, TX 78028 / United States  ☑ Own ☐ Rent  4 No. Yrs. | / United States  ☐ Own ☐ Rent  No. Yrs. |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

| Former Address | ☐ Own ☐ Rent  No. Yrs. | Former Address | ☐ Own ☐ Rent  No. Yrs. |
|---|---|---|---|
| | | | |
| | | | |

Uniform Residential Loan Application
Freddie Mac Form 65  7/05 (rev. 6/09)

Borrower: *JG*
Co-Borrower: *CG*

Page 1 of 5

Fannie Mae Form 1003  7/05 (rev. 6/09)

Calyx Form - Loanapp1.frm (11/09)